THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Russell A. Miller,       
Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO
THE COURT OF APPEALS 

Appeal from Sumter County
Marion D. Myers, Family Court Judge

Memorandum Opinion No. 2004-MO-030
Heard May 12, 2004 - Filed June 14, 
 2004

DISMISSED

 
 
Jay Bender and Holly Palmer Beeson, of Baker, Ravenel & 
 Bender, L.L.P., of Columbia, for petitioner.
W. Carole Holloway, of Florence, for respondent.
 
 

PER CURIAM:  We granted a writ of certiorari to review the Court
of Appeals unpublished decision in this case.  After careful consideration,
we dismiss the writ as improvidently granted. 

 
 
 
 
 
 
 s/Jean H.
 Toal                                  
 C.J.
 s/James E.
 Moore                               
 J.
 s/John H. Waller, 
 Jr.                             
 J.
 s/E. C. Burnett, 
 III                                   J.
 s/Costa M. Pleicones                    
       J.